**Petition for Writ of Mandamus Denied and Majority and Dissenting Memorandum Opinions filed February 25, 2021.**



In The

# 𝔉𝔬𝔲𝔯𝔱𝔢𝔢𝔫𝔱𝔥 𝔆𝔬𝔲𝔯𝔱 𝔬𝔣 𝔄𝔭𝔭𝔢𝔞𝔩𝔰

## NO. 14-20-00767-CV

## IN RE CESAR LENAY URBINA, Relator

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**County Civil Court at Law No. 1**
**Harris County, Texas**
**Trial Court Cause No. 1100739**

## MAJORITY MEMORANDUM OPINION

On November 10, 2020, relator Cesar Lenay Urbina filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable George Barnstone, presiding judge of County Civil Court at Law No. 1 of Harris County, to set aside his (1) December 17, 2019 order granting real party in interest's motion for

a turnover order; and (2) September 16, 2020 order denying relator's motion to modify the turnover order.

Relator's petition does not comply with the Texas Rules of Appellate Procedure. *See* Tex. R. App. P. 52.3(j) ("The person filing the petition must certify that he or she has reviewed the petition and concluded that every factual statement in the petition is supported by competent evidence included in the appendix or record.").

Relator has not established that he is entitled to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus without prejudice to refiling.

/s/　　Ken Wise
　　　　Justice

Panel consists of Justices Wise, Jewell, and Bourliot.  (Bourliot, J., dissenting).